UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Pink Floyd (1987) Limited

                Plaintiff,

v.

Case No.: 1:19−cv−05933

Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 5, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. No Defendants appeared. For the reasons stated on the record, plaintiff's motion for entry of default and default judgment against the remaining defendants identified in first amended Schedule A [35] is granted. Enter Order. Case terminatedMailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.